

Attorneys at Law

Ronald Michael Green
t  212.351.4646
f  212.878.8600
RGreen@ebglaw.com

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul␣G.␣Gardephe* (signature)

**Paul G. Gardephe, U.S.D.J.**

Dated:  December 29, 2022

<u>Via CM/ECF</u>

Hon. Paul G. Gardephe, U.S.D.J.
United States District Court, S.D.N.Y.
40 Foley Square, Room 2204
New York, New York 10007

Re:   <u>Clark v. Hemphill Artworks, LLC, et. al., Case No. 22-cv-07537-PGG</u>

Dear Judge Gardephe:

    Our firm represents defendant Mnuchin Gallery LLC. We write to respectfully request a thirty-day extension of the defendants' deadline, set forth in the Court's November 30, 2022 Order (Docket Entry No. 14), to serve motions to dismiss from December 30, 2022 to January 30, 2023 and, concomitantly, an extension of the deadlines to serve opposition from January 30, 2023 to March 1, 2023, and reply briefs from February 13, 2023 to March 15, 2023. We ask that all other terms of the November 30 order remain in full force and effect. The requested extension would allow additional time for the parties to explore possible resolution without the need for further motion practice and would also accommodate the travel and vacation schedules of counsel and clients during the holidays. Plaintiff's counsel consents to this request, and counsel for the remaining defendants, Hemphill Artworks, LLC d/b/a Hemphill Fine Art and George Hemphill, do not object. No such prior extensions have been requested and the requested extensions would not affect any other scheduled dates.

    We thank Your Honor in advance for your attention to this matter.

    Respectfully submitted,

    */s/ Ronald M. Green*
    Ronald. M. Green
    212-351-4646
    rgreen@ebtlaw.com

December 28, 2022
Page 2

*/s/ Eric W. Moran*_____
Eric W. Moran
212-351-4510
emoran@ebglaw.com

CC:     All Counsel of Record (Via CM/ECF)

FIRM:57671567v2