**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
GWENDOLYN CLARK,

                            Plaintiff,

          -against-                                  22 **CIVIL** 7537 (PGG)

                                                                     **JUDGMENT**

HEMPHILL ARTWORKS, LLC d/b/a HEMPHILL
FINE ART, GEORGE HEMPHILL, MNUCHIN
GALLERY, LLC, JOHN DOES 1-5, and ABC
CORPS. 1-5,

                            Defendants,

"DOGWOOD BLOSSOM ALONG SKYLINE DRIVE,"
1973, oil on canvas (60 x 54 in), by Alma Thomas,

                            Defendant-in-rem.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 16, 2024, Defendants' motions to dismiss are granted as set forth above, and the Complaint is dismissed. Leave to amend is denied, because the Court's laches finding is not subject to cure; accordingly, the case is closed.

**Dated:** New York, New York

      March 18, 2024

                                                               **RUBY J. KRAJICK**
                                                                 **Clerk of Court**

                                   **BY:**

                                                                  **Deputy Clerk**