UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────

GWENDOLYN CLARK,

          Plaintiff,

    -against-

HEMPHILL ARTWORKS, LLC d/b/a HEMPHILL FINE ART, GEORGE HEMPHILL, MNUCHIN GALLERY, LLC, JOHN DOES 1-5, and ABC CORPS. 1-5,

          Defendants,

"DOGWOOD BLOSSOM ALONG SKYLINE DRIVE", 1973, oil on canvas (60 x 54 in), by Alma Thomas,

          Defendant-in-rem.

**ORDER**

22 Civ. 7537 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that Defendants' response to Plaintiff's motion for reconsideration (Dkt. No. 45) of this Court's March 16, 2024 Order granting Defendants' motion to dismiss the Complaint (Dkt. No. 43) is due by **April 15, 2024**.

Dated:  New York, New York
         April 1, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge