UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GWENDOLYN CLARK,

         Plaintiff,

-against-

HEMPHILL ARTWORKS, LLC d/b/a HEMPHILL FINE ART, GEORGE HEMPHILL, MNUCHIN GALLERY, LLC, JOHN DOES 1-5, and ABC CORPS. 1-5,

         Defendants,

"DOGWOOD BLOSSOM ALONG SKYLINE DRIVE," 1973, oil on canvas (60 x 54 in), by Alma Thomas,

         Defendant-in-rem.

**ORDER**

22 Civ. 7537 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      A conference will be held in this matter on **July 8, 2024, at 3:00 p.m.** to address Plaintiff's motion for reconsideration. (Dkt. No. 45) The conference will take place in Courtroom 705, United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       June 28, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge