UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GWENDOLYN CLARK,

          Plaintiff,

-against-

HEMPHILL ARTWORKS, LLC d/b/a HEMPHILL FINE ART, GEORGE HEMPHILL, MNUCHIN GALLERY, LLC, JOHN DOES 1-5, and ABC CORPS. 1-5,

          Defendants,

"DOGWOOD BLOSSOM ALONG SKYLINE DRIVE," 1973, oil on canvas (60 x 54 in), by Alma Thomas,

          Defendant-in-rem.

**ORDER**

22 Civ. 7537 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      For the reasons stated on the record at today's conference, Plaintiff's motion for reconsideration (Dkt. No. 45) of this Court's March 16, 2024 order dismissing the Complaint (Dkt. No. 43) is denied. The Clerk of Court is directed to terminate the motion at Dkt. No. 45.

Dated: New York, New York
        July 8, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge