UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GWENDOLYN CLARK,

        Plaintiff,

-against-

HEMPHILL ARTWORKS, LLC d/b/a HEMPHILL FINE ART, GEORGE HEMPHILL, MNUCHIN GALLERY, LLC, JOHN DOES 1-5, and ABC CORPS. 1-5,

        Defendants,

"DOGWOOD BLOSSOM ALONG SKYLINE DRIVE," 1973, oil on canvas (60 x 54 in), by Alma Thomas,

        Defendant-in-rem.

**ORDER**

22 Civ. 7537 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        The Court will conduct a conference in this case on **September 9, 2025, at 11:00 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       August 19, 2025

                            SO ORDERED.

                            _____
                            Paul G. Gardephe
                            United States District Judge