# CARTER REICH, PC
## 106 W. 32nd Street, Suite 123
## New York, New York 10001
## (917) 615-0978

Carter A. Reich, Esq.
*Admitted NY & NJ*
creich@reich.legal

September 3, 2025

*Via ECF*
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

MEMO ENDORSED
The Application is granted. *The Conference*
SO ORDERED: *is adjourned to*
*September 23,*
*Paul G. Dowd* *2025 at*
Paul G. Gardephe, U.S.D.J. *11:00A.M.*
Dated: *Sept. 3, 2025* *Defendants'*
*time to answer*
*is extended to*
*September 23,*
*2025.*

RE:    Clark v. Hemphill Artworks, LLC, *et al.*
Case No. 22-CV-07537-PGG

Dear Judge Gardephe,

This office represents the Plaintiff in the above-referenced matter. I am writing in furtherance to the correspondence filed by Mnuchin Gallery's counsel yesterday (dkt. no. 64), and to ask the Court for a brief adjournment of the upcoming conference currently scheduled before Your Honor on September 9, 2025, at 11a.m.

On August 29, 2025, I underwent lumbar spine surgery, and I am currently confined to my home until after I follow up with my surgeon on September 15, 2025. As such, and because counsel for the Hemphill Defendants will be travelling during the week of September 15th, we respectfully request that the conference be adjourned to a date and time convenient for the Court during the week of September 22nd. All counsel consent to this request.

Alternatively, the Parties are amenable to a virtual conference if convenient for the Court. However, the Parties also feel that there are several issues to be discussed that may be best handled in person.

Thank you for your attention to this matter.

Respectfully submitted,

s/ Carter A. Reich

cc:    All counsel of record (via ECF)