UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GWENDOLYN CLARK,

    Plaintiff,

-against-

HEMPHILL ARTWORKS, LLC d/b/a HEMPHILL FINE ART, GEORGE HEMPHILL, MNUCHIN GALLERY, LLC, JOHN DOES 1-5, and ABC CORPS. 1-5,

    Defendants,

"DOGWOOD BLOSSOM ALONG SKYLINE DRIVE," 1973, oil on canvas (60 x 54 in), by Alma Thomas,

    Defendant-in-rem.

**ORDER**

22 Civ. 7537 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

    The Court will conduct a conference in this case on **October 16, 2025, at 3:30 p.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

    On March 16, 2024, this Court granted Defendants' motions to dismiss. (Dkt. No. 43) On August 19, 2025, the Second Circuit affirmed this Court's dismissal of all counts other than Plaintiff's conversion claim. (Dkt. No. 62) The mandate having issued, Defendants will file answers by **October 7, 2025**.

    The Court will address Schindler Cohen & Hochman LLP's motion to withdraw as counsel (Dkt No. 71) at the October 16, 2025 conference. Defendant George Hemphill is directed to appear at the **October 16, 2025** conference on behalf of himself and Defendant Hemphill Artworks, LLC d/b/a Hemphill Fine Art. Defendant Hemphill should be prepared to

advise this Court at the October 16, 2025 conference whether he will (1) proceed with his current counsel; (2) retain substitute counsel; or (3) proceed pro se as to himself. Defendant Hemphill should be aware that Defendant Hemphill Artworks, LLC d/b/a Hemphill Fine Art cannot proceed pro se and must be represented by counsel. Absent representation by counsel, the Court will entertain a motion for a default judgment as to Hemphill Artworks, LLC d/b/a Hemphill Fine Art.

Any party that wishes to oppose Schindler Cohen & Hochman LLP's motion to withdraw may do so by **September 30, 2025**. Plaintiff's reply, if any, is due on **October 7, 2025.**

Dated: New York, New York
       September 24, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge