# CARTER REICH, PC
106 W. 32nd Street, Suite 123
New York, New York 10001
(917) 615-0978

**Carter A. Reich, Esq.**
*Admitted NY & NJ*
**creich@reich.legal**

November 13, 2025

*Via ECF*
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

  RE: <u>Clark v. Hemphill Artworks, LLC, *et al.*</u>
     Case No. 22-CV-07537-PGG

Dear Judge Gardephe,

  This office represents the Plaintiff in the above-referenced matter. Together with counsel for Defendants I am writing to provide the Court with an update, as well as to request that the conference scheduled for Monday, November 17 at 10am be adjourned while the parties work towards finalizing the settlement that was recently reached in principle.

  Defendants Hemphill Artworks, LLC and George Hemphill recently retained new counsel rendering the primary reason for Monday's conference moot, namely to enable the Court to question George Hemphill about the risks of proceeding without counsel. More importantly, the parties are diligently working towards finalizing a settlement, which will also obviate the need to appear.

  As such, the parties request that Monday's conference be adjourned without a date. To the extent necessary, a further update regarding the status of settlement will be provided to the Court no later than Monday, December 1, 2025.

  Thank you for your attention to this matter.

              Respectfully submitted,

              s/ Carter A. Reich

cc: All counsel of record (via ECF)

---

**MEMO ENDORSED**

The Application is granted. If a stipulation of dismissal has not been filed by Dec. 1, 2025, the parties will submit a status letter at that time.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: Nov. 13, 2025