UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GWENDOLYN CLARK,

           Plaintiff,

       -against-

HEMPHILL ARTWORKS, LLC d/b/a HEMPHILL
FINE ART, GEORGE HEMPHILL, MNUCHIN
GALLERY, LLC, JOHN DOES 1-5, and ABC
CORPS. 1-5,

           Defendants,

"DOGWOOD BLOSSOM ALONG SKYLINE
DRIVE," 1973, oil on canvas (60 x 54 in), by Alma
Thomas,

           Defendant-in-rem.

**ORDER**

22 Civ. 7537 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Court will conduct a conference in this case on **January 22, 2026, at 10:00 a.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  The conference is to be attended by Plaintiff Clark and Plaintiff's counsel.  Defendants need not attend.

        Pursuant to Rule 1.4(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, where an attorney seeks to withdraw, an order granting such withdrawal "may be issued following the filing of a motion to withdraw, and" – in the absence of substitute counsel – "only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, and whether or not the attorney is asserting a retaining or charging lien."  S.D.N.Y. Local Civil Rule 1.4(b).  Accordingly, in the event that Plaintiff's counsel seeks to withdraw, counsel will submit a

motion to withdraw supported by affidavit or declaration prior to the January 22, 2026

conference.

Dated:  New York, New York
        January 12, 2026

                                    SO ORDERED.

                                    _____
                                    Paul G. Gardephe
                                    United States District Judge